IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TIMOTHY M. ROBBINS,
    Petitioner,

v.                                                                             Civil No. 3:21cv369 (DJN)

PAROLE BOARD,
    Respondent.

**MEMORANDUM OPINION**

Petitioner Timothy Robbins ("Petitioner"), a Virginia prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2254 petition. (ECF No. 1.) By Memorandum Order entered on September 15, 2021, the Court informed Petitioner that in the United States District Court for the Eastern District of Virginia, all *pro se* petitions for writs of habeas corpora must be filed on a set of standardized forms. (ECF No. 6.) *See* E.D. Va. Loc. Civ. R. 83.4(A) (listing requirements for *pro se* petitions for writs of habeas corpora). The Court mailed Petitioner the standardized form for filing a § 2254 petition and directed him to complete and return the form to the Court within fourteen (14) days of the date of entry thereof. The Court warned Petitioner that the failure to complete and return the form in a timely manner would result in dismissal of the action under Federal Rule of Civil Procedure 41(b).

Thereafter, by Memorandum Order entered on November 5, 2021, the Court granted Petitioner's Motion for Extension of Time and directed Petitioner to comply with the September 15, 2021 Memorandum Order within sixty (60) days of the date of entry thereof. (ECF No. 8.) More than sixty (60) days have elapsed since the entry of the November 5, 2021 Memorandum

Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall issue.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Petitioner.

                                                            /s/
                                    David J. Novak
                                    United States District Judge

Richmond, Virginia
Dated: February 14, 2022